UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| No. | CV 25-9424-AS | Date | July 7, 2026 |
|---|---|---|---|
| Title | *Celestial Garrett v. Costco Wholesale Corporation, et al.* | | |

Present: The Honorable     Alka Sagar, United States Magistrate Judge

| Alma Felix | Court Reporter / Recorder |
|---|---|
| Deputy Clerk | |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| N/A | N/A |

**Proceedings (In Chambers):**          **ORDER TO SHOW CAUSE**

On May 13, 2026, the parties filed a notice of settlement. (Dkt. No. 21). On the same date, the Court issued a scheduling notice directing the parties to file a stipulation for dismissal of this case no later than June 29, 2026. (Dkt. No. 22). To date, the parties have failed to file it.

For this reason, Plaintiff is ORDERED TO SHOW CAUSE in writing, within fourteen (14) days of the date of this Order, why this case should not be dismissed without prejudice for failure to obey a court order. *See* Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED.**